MARILYN C. TSAI *v.* GERALD TSAI*

The defendant's petition for certification for appeal from the Appellate Court (AC 21840) is granted, limited to the following issue:

"Did the Appellate Court properly dismiss this appeal on the ground that the postjudgment order unsealing the file was not a final judgment?"

The Supreme Court docket number is SC 16643.

*Kenneth J. Bartschi, Wesley W. Horton* and *Samuel V. Schoonmaker IV,* in support of the petition.

Decided December 10, 2001

IMC MORTGAGE COMPANY *v.* JOHN DOE I

The petition of the defendant Jerome T. Dunbar for certification for appeal from the Appellate Court (AC 22097) is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Jerome T. Dunbar,* pro se, in support of the petition.

Decided December 10, 2001

IMC MORTGAGE COMPANY *v.* JOHN DOE I

The petition of the defendant Jerome T. Dunbar for certification for appeal from the Appellate Court (AC 22301) is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Jerome T. Dunbar,* pro se, in support of the petition.

Decided December 10, 2001

* The appeal was withdrawn December 6, 2002.